UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. STAMOS, JR., | 1:04-cv-05105-AWI-LJO-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 27) |
| vs. | |
| RAMERIZ, et al., | **ORDER DENYING MOTION FOR ORDER THAT ALL DOCUMENTS BE KEPT IN PLAINTIFF'S POSSESSION IF TRANSFERRED** (Doc. 22) |
|     Defendants. | |

Plaintiff, James G. Stamos, Jr. ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 16, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de novo</u> review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendations to
5 | be supported by the record and by proper analysis.
6 | Accordingly, IT IS HEREBY ORDERED that:
7 | 1.  The Findings and Recommendations, filed August 16,
8 | 2005, are ADOPTED IN FULL; and,
9 | 2.  Plaintiff's request for an order requiring that his
10 | property accompany him on any transfer, filed January 10, 2005,
11 | is DENIED.
12 | IT IS SO ORDERED.
13 | **Dated:   September 20, 2005**           /s/ **Anthony W. Ishii**
    | 0m8i78                          UNITED STATES DISTRICT JUDGE