UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GEORGE STAMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMIREZ, et. al.,<br><br>    Defendants.<br>_____/ | CIV F   04 5105 AWI LJO P<br><br>ORDER CONSTRUING DECLARATION AS REQUEST FOR EXTENSION OF TIME (Doc. 35.)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME (Doc. 35.) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On December 8, 2005, Plaintiff filed a pleading titled "Declaration" in which he informs the court that he mailed a request for an extension of time which apparently was never received by the Court per the Court docket. The Court CONSTRUES this document as a request for an extension of time. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted THIRTY (30) DAYS from the date of service of this order in which to file his Amended Complaint.

IT IS SO ORDERED.

**Dated:   January 10, 2006**          **/s/ Lawrence J. O'Neill**
b6edp0                                  UNITED STATES MAGISTRATE JUDGE