# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES STAMOS,                                CV F   04 5105 AWI LJO P

          Plaintiff,

                                  ORDER DENYING MOTION FOR COURT
   v.                                           ORDER TO USE PRO PER LAB (Doc. 48.)

RAMIREZ, et. al.,

          Defendants.
_____/

    James G. Stamos, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On May 25, 2006, Plaintiff filed a pleading titled "Request Court Order to Use Pro Per Lab As I am Pro Se Litigant Proceeding In This Case."  In this pleading, Plaintiff states that he is requesting that the Court issue an Order requiring the institution where Plaintiff is confined to allow him to use the Pro Se Lab (formerly, law library).  Plaintiff states that he cannot produce a copy of his Complaint because he sent it to the Court.

    While inmates have a fundamental constitutional right of access to the courts, Lewis v. Casey, 518 U.S. 343, 346 (1996), this right of access is merely the right to bring to court a grievance the inmate wishes to present, and is limited to direct criminal appeals, habeas petitions, and civil rights actions.  Id. at 354.   Further, inmates do not have the right to a law library or legal assistance.  Id. at 351.  Law libraries and legal assistance programs are only the means of ensuring access to the courts.  Id.  Because inmates do not have "an abstract, freestanding right to

1

1    a law library or legal assistance, an inmate cannot establish relevant actual injury by establishing

2    that his prison's law library or legal assistance program is subpar in some theoretical sense." Id.

3         In light of the above, Plaintiff's request that the Court issue an Order requiring the

4    institution to allow him law library access is DENIED.  To the extent Plaintiff wishes to obtain

5    copies of his civil rights Complaint, the Clerk of Court can provide Plaintiff with a copy at 50

6    cents per page, not including postage.  Plaintiff should contact the Clerk of Court should he wish

7    to obtain copies.

8         Accordingly, the Court HEREBY ORDERS:

9         1.    The Motion for Court Order is DENIED.

10   IT IS SO ORDERED.

11   **Dated:    May 30, 2006**                              _____ **/s/ Lawrence J. O'Neill**_____

12   b9ed48                                                  UNITED STATES MAGISTRATE JUDGE