UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. STAMOS, JR., | 1:04-cv-05105-LJO-NEW-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 59) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| RAMERIZ, et al., | |
| Defendants. | |

James G. Stamos, Jr. ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 22, 2007, Magistrate Judge Dennis L. Beck filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On April 2, 2007, Plaintiff filed untimely Objections to the Magistrate Judge's Findings and Recommendation.

1

1  //

2     In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendation to
6  be supported by the record and by proper analysis.
7     Accordingly, IT IS HEREBY ORDERED that:
8     1.   The Findings and Recommendation, filed February 22,
9  2007, are ADOPTED IN FULL; and,
10    2.   This action is DISMISSED in its entirety.
11 IT IS SO ORDERED.

12 **Dated:   April 13, 2007**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE