UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STAMOS, | 1:04-cv-05105-LJO-GSA-PC |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR RECONSIDERATION AS UNTIMELY |
| RAMIREZ, et. al., | (Doc. 74.) |
| Defendants. | |

James G. Stamos, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2007, Magistrate Dennis L. Beck issued findings and recommendations, recommending that this action be dismissed for failure to state a claim for relief under 42 U.S.C. § 1983. (Doc. 59.) On April 13, 2007, the undersigned issued an order adopting the findings and recommendations and dismissing the action. (Court Doc. 64.) Judgment was entered on April 13, 2007. On November 2, 2007, plaintiff filed a motion for reconsideration of the court's order of April 13, 2007. (Doc. 74.)

Pursuant to Federal Rule of Civil Procedure 60(b), the court may relieve a party from a final judgment based on specific grounds, such as: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) "extraordinary circumstances" which would justify relief. School

Dist. No. 1J Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993), School District No. 1J Multnomah County v. ACandS, 5 F.3d at 1263.  Plaintiff has failed to make a showing that any such statutory grounds exist; therefore plaintiff is not entitled to relief from judgment pursuant to Federal Rule 60(b).

Pursuant to Federal Rule of Civil Procedure Rule 59(e), any motion to alter or amend judgment shall be filed no later than ten days after entry of judgment.  A motion to alter or amend judgment is appropriate under limited circumstances, such as where the court is presented with newly-discovered evidence, where the court "committed clear error or the initial decision was manifestly unjust," or where there is an intervening change in controlling law.  School Dist. No. 1J Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993), cert. denied 512 U.S. 1236 (1994).   More than ten days have passed since judgment was entered in this action and, therefore, plaintiff's motion for reconsideration is untimely.

Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration is DENIED as untimely.

IT IS SO ORDERED.

**Dated:     November 6, 2007**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE